IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JASON McGEHEE                                                    PLANTIFF

v.                          No. 4:17-cv-195-DPM

ASA HUTCHINSON, in his
official capacity as Governor
of Arkansas; WENDY KELLEY,
in her official capacity as
Director of the Arkansas
Department of Correction;
JOHN FELTS, JOHN BELKEN,
ANDY SHOCK, DAWNE
BENAFIELD VANDIVER,
JERRY RILEY, ABRAHAM
CARPENTER, JR., and LONA
H. McCASTLAIN, all in their
official capacities as Members
of the Arkansas Parole Board                                  DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 October 2017